```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
JOSE ANDRES GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 1: 23 CR 080 ADA-BAM |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA |
| V. | AS ATTORNEY OF RECORD |
| JOSE ANDRES GONZALEZ, | ORDER |
| Defendant. | |

On April 19, 2023, a a petition was filed, alleging that Mr GONZALEZ had violated the conditions of his supervised release. On May 12, 2023, Magistrate Judge GROSJEAN appointed attorney James R. Homola to represent Mr. GONZALEZ, with an effective date of May 4, 2023. On June 1, 2023, Mr. GONZALEZ admitted the violations, and on June 27, 2023, he was sentenced in proceedings before Judge Ana De Alba.

Mr. GONZALEZ is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. GONZALEZ, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

```
Dated: August 3, 2023              Respectfully submitted,

                                   /s/ James R. Homola
                                   JAMES R. HOMOLA
                                   Attorney for Defendant
```

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant GONZALEZ at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

```
Jose Andres Gonzalez
USM #95987-298
JID 7074520  Bkng #2317934
P.O. Box 872
Fresno, CA  93712
```

IT IS SO ORDERED.

Dated:   August 16, 2023

_____
UNITED STATES DISTRICT JUDGE